# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

REBECCA KHAZAL, et al.

    Plaintiffs,

v.

JPMORGAN CHASE BANK, NA,

    Defendant.

No. C 13-4076 PJH

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    March 18, 2014
Mediator:  Zela Claiborne

IT IS HEREBY ORDERED that the request to excuse JPMorgan Chase Bank, NA's coprorate representative, Heather Mitchell, from appearing in person at the March 18, 2014, mediation before Zela Claiborne is GRANTED. Ms. Mitchell shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

March 11, 2014    By:    _____
Dated                                          Maria-Elena James
                                                    United States Magistrate Judge