1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6

7    REBECCA KHAZAL,

8              Plaintiff,                          No. C 13-4076 PJH

9         v.                                       **ORDER OF DISMISSAL**

10   JP MORGAN CHASE BANK, N.A.,

11             Defendant.

12   _____/

13        The court having been advised by the April 25, 2014 Certification of ADR Session

14   and by counsel for the defendant that the parties have agreed to a settlement of this case,

15   IT IS HEREBY ORDERED that this action is dismissed **without** prejudice; provided,

16   however that if any party hereto shall certify to this court, within sixty (60) days, with proof

17   of service on the opposing party thereof, that the agreed consideration for said settlement

18   has not been delivered over, the foregoing order shall stand vacated and this action shall

19   forthwith be restored to the calendar to be set for trial.

20        If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with**

21   prejudice.  The parties may substitute a dismissal with prejudice at any time during this

22   sixty-day period.

23        **IT IS SO ORDERED.**

24   Dated:  June 30, 2014

25                                                 _____
                                                   PHYLLIS J. HAMILTON
26                                                 United States District Judge

27

28

United States District Court
For the Northern District of California