UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REBECCA KHAZAL,

    Plaintiff(s),                     No. C 13-04076 PJH

    v.                               **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

JP MORGAN CHASE BANK, NA, et al.,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff's counsel having advised the court of a failure of consideration, this matter is restored to the court's docket and a Further Case Management Conference shall be held on **August 21, 2014 , at 2:00 p.m.**, in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

The parties shall appear in person or through **lead counsel** and shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10.  The parties shall file a joint case management statement  no later than seven (7) days before the date of the conference.  If any party is proceeding without counsel, separate statements may be filed by each party.

**SO ORDERED.**

Dated: July 28, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge