SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
E-mail:  lmaechtlen@seyfarth.com
Emily E. Barker (SBN 275166)
E-mail:  ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA KHAZAL,<br><br>              Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., and DOES 1 through 25, inclusive,<br><br>              Defendants. | Case No. 3:13-CV-04076 PJH<br><br>**NOTICE OF AGREED UPON SETTLEMENT AND REQUEST FOR SETTLEMENT CONFERENCE**; ORDER DENYING REQUEST<br><br>Judge:       Hon. Phyllis J. Hamilton<br>Date Action Filed:  Removed from Marin Superior Court |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND TOT HEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant JP MORGAN CHASE BANK, N.A, ("Defendant"), and Plaintiff Rebecca Khazal ("Plaintiff") (collectively "the Parties") have a signed an enforceable short-form agreement, however, Plaintiff has thus far failed to fulfill certain terms prerequisite to payment of the settlement sum.  The Parties were in the meet and confer process on this issue when Plaintiff filed her Certification. (Dkt. No. 23).  Defendant respectfully requests this Court refer the

matter to a Settlement Conference with a Magistrate Judge and/or ADR Facilitator for assistance in effectuating the terms of the enforceable short-form agreement.

DATED: July 28, 2014                             Respectfully submitted,

                                                 SEYFARTH SHAW LLP


                                                 By:   /s/ Emily E. Barker
                                                       Laura Maechtlen
                                                       Emily E. Barker

                                                 Attorneys for Defendant
                                                 JPMORGAN CHASE BANK, N.A.

17662867v.1

THE REQUEST FOR SETTLEMENT CONFERENCE IS DENIED.  THE PARTIES SHALL APPEAR AT THE AUGUST 21, 2014 CASE MANAGEMENT CONFERENCE AS PREVIOUSLY ORDERED.

*[DENIED stamp signed by Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*