UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REBECCA KHAZAL,

             Plaintiff,

    v.

JP MORGAN CHASE BANK, NA, et al.,

             Defendants.

_____/

No. C 13-04076 PJH

**ORDER RE MOTION TO WITHDRAW AS COUNSEL**

    Before the court is the motion to withdraw as counsel filed by plaintiff's counsel on August 22, 2014. Counsel provided a proof of service, indicating that the motion was served upon plaintiff by mail and by email, but plaintiff has not filed any response to the motion, indicating whether or not she opposes the motion.

    Accordingly, the court directs plaintiff Rebecca Khazal to either file with the court a notice of non-opposition to the motion to withdraw as counsel, or to appear at the October 1 hearing. Plaintiff's counsel is directed to serve a copy of this order upon plaintiff no later than **September 22, 2014**.

    **IT IS SO ORDERED.**

Dated: September 19, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge